No. 894. Brown-Crummer Company *v.* W. M. Rice Construction Company. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Fifth Circuit denied. *Mr. Oscar O'Neill Touchstone* for petitioner. *Mr. Francis M. Etheridge, Mr. Joseph M. McCormick* and *Mr. Snowden M. Leftwich* for respondent.